IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BO LEWIS,

    Petitioner,           No. CIV S-11-2238 GEB CKD P

    vs.

ANTHONY HEDGPETH,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 18, 2011, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner shall file an opposition, or a statement of non-opposition, to respondent's pending motion to dismiss, within thirty days. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: December 20, 2011

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

1/lew2238.146